IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-4154

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Appellee, <br> <br> v. <br> <br> <br> TREVIN MAURICE GIBSON, <br> Appellant. | ) <br> ) <br> )    APPELLANT'S UNOPPOSED <br> )    MOTION TO EXTEND TIME <br> )         TO FILE BRIEF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOW COMES** the Appellant, Trevin Maurice Gibson, by and through his counsel of record and respectfully moves this Honorable Court for an extension of time to file the opening brief in this matter from November 12, 2014 until December 19, 2014. In support of this motion, the Appellant shows to the Court the following:

      1.      This is a consolidated brief with three other appellants, those matters being *United States v.Gibson,* No. 14-4169, *United States v.Spruill,* No. 14-4183 and *United States v. Wilkins,* No. 14-4584.

      2.      The opening brief in this matter is set for filing on November 12, 2014.

      3.      Due to the nature of the brief being a consolidated matter, the coordination in preparing the joint appendix and preparation for the presentation of arguments is more complex and time consuming than preparing a solo appeal.

4. In addition to the extra time involved in working with the additional counsel in the related matters, the undersigned counsel's schedule over the past few weeks has made it even more difficult to coordinate with the other counsel and properly prepare this appeal.

5. For two days during the week of September 29, 2014 counsel was at the hospital with a family member for an unplanned procedure.

6. On October 11, 2014 counsel's grandmother died necessitating counsel's absence from her office and work for several days before and after the death.

7. Counsel is in need of additional time to adequately and properly prepare this brief and work with the other counsel in the adequate presentation of this matter as a consolidated brief.

8. Counsel requests an extension past the usual thirty days in that counsel is scheduled to appear before this Honorable Court in the matter of *United States v. Newman* No. 13-01186 for oral argument December 11, 2014.

9. Counsel has contacted the other counsel in this consolidated appeal and they have consented to join in this motion.

10. Counsel has also contacted Assistant United States Attorney Jennifer May-Parker who does not oppose this request for an extension of time to file the opening brief in this matter.

WHERFORE, base upon the foregoing reasons, the Appellant respectfully requests that this motion be granted and that the time for filing the Brief for the Appellant be extended to and through December 19, 2014.

Respectfully submitted this the 4th day of November, 2014.

/s/Terry F. Rose
Terry F. Rose
Attorney for Trevin Maurice Gibson
P.O. Box 2847
Smithfield NC 27577
Telephone: 929-938-1616
NC State Bar No. 19243

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following person in the foregoing matter with a copy of this Motion to Extend Time to File Opening Brief by electronically filing with the United States District Court of Appeals for the Fourth Circuit and believing the same to be forwarded to the following through electronic filing.

Mr. Brian Aus
P.O. Box 1345
Durham, NC 27702

Mr. Lewis Thompson
P.O. Box 535
Warrenton, NC 27589

Mr. Eric Brignac
150 Fayetteville Street Mall, Suite 450
Raleigh, NC 27601

Mr. Stephen Gordon
150 Fayetteville Street Mall, Suite 450
Raleigh, NC 27601

Ms. Jennifer May-Parker
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, North Carolina 27601

This the 4th day of November 2014.

/s/Terry F. Rose
Terry F. Rose
Attorney for Appellant Gibson
P.O. Box 2847
Smithfield, NC  27577
NC Bar # 19243
(919) 938-1616