FILED: January 20, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 14-4154 (L)
(4:12-cr-00075-D-1)

———————————————

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

TREVIN MAURICE GIBSON

      Defendant - Appellant

———————————————

O R D E R

———————————————

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 540 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk